(18) JDK

FILED IN OPEN COURT

JUN 24 2021

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 21-00119-KD |
| | * | USAO NO. 2020R00484 |
| v. | * | |
| | * | VIOLATION: 18 USC § 922(g)(1) |
| | * | |
| DAVID MYATT | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Felon in Possession of Firearm
### Title 18, United States Code, Section 922(g)(1)

On or about September 21, 2020, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

### DAVID MYATT,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to-wit: Possession of Marijuana First Degree on or about July 20, 2006, in the Circuit Court of Alabama, case number CC-2004-002636.00; Possession of Cocaine on or about July 20, 2006, in the Circuit Court of Mobile County, Alabama, case number CC-2006-002546.00; Possession of Marijuana First Degree on or about July 20, 2006, in the Circuit Court of Mobile County, Alabama, case number CC-2006-002545.00; did knowingly possess, in and affecting commerce, a firearm, namely, a Taurus, Model 709 Slim, 9mm pistol, Serial Number THW14781; and a FIE, Model Titan Tiger, .38 caliber revolver, Serial Number N417989.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE NOTICE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One in violation of Title 18, United States Code, Section 922(g)(1) of this Indictment, the defendant, David Myatt shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offense, including, but not limited to: a Taurus, Model 709 Slim, 9mm pistol, Serial Number THW14781; and a FIE, Model Titan Tiger, .38 caliber revolver, Serial Number N417989.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

JUSTIN D. KOPF
Assistant United States Attorney

SEAN P. COSTELLO
Chief, Criminal Division

JUNE 2021

2