IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| | * |
| v. | *   **CRIM. NO. 21-CR-00119-KD** |
| | * |
| | * |
| **DAVID MYATT** | * |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant **DAVID MYATT,** pursuant to Title 18, United States Code, Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved:

    A. \_\_\_\_   Crime of Violence (18 U.S.C. § 3156);

    B. \_\_\_\_   This is an offense for which the maximum sentence is life imprisonment or death;

    C. \_\_\_\_   This is a drug offense for which a maximum term of imprisonment of ten years or more is prescribed;

    D. \_\_\_\_   The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

    E. \_\_\_\_   Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under

section 2250 of title 18, United States Code;

  F. __X__  There is a serious risk that the above-named defendant will flee;

  G. ____  There is a serious risk that the above-named defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>.  The court should detain the defendant because there are no conditions or combination of conditions of release which will reasonably assure:

  A. __X__  The defendant's appearance as required; and/or

  B. __X__  The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e).  If yes, the rebuttable presumption arises because

  A. ____  There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed **or** <u>an offense under Title 18, United States Code, Section 924(c)</u>.

  B. ____  The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the

       above section if a circumstance giving rise to Federal jurisdiction had existed; and

  C. \_\_\_  The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense; and

  D. \_\_\_  A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

  E. \_\_\_  The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>.  The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

  A. _X_  At first appearance; or

  B. \_\_\_  After a continuance of \_\_\_ days (not to exceed three days).

Dated this 30th day of August 2021.

        SEAN P. COSTELLO
        UNITED STATES ATTORNEY
        by:

        _/s/  Justin D. Kopf_
        JUSTIN D. KOPF
        Assistant United States Attorney
        United States Attorney's Office
        63 S. Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone: (251) 441-5845